**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES,
AFL-CIO AND TRUSTEES OF THE DRYWALL
TAPERS AND POINTERS LOCAL UNION
NO. 1974 BENEFIT FUNDS,

                     Petitioners,

     -against-                               21 **CIVIL** 8081 (PAC)

                                                    **<u>JUDGMENT</u>**

PK INTERIORS A/K/A PK INTERIORS, INC.,

                     Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 13, 2021, Petitioners' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     December 14, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                         **BY:**    *K. Mango*

                                                  **Deputy Clerk**